## BALTZER AND TAAKS *v.* NORTH CAROLINA.

ERROR TO THE SUPREME COURT OF THE STATE OF NORTH CAROLINA.

No. 52. Argued February 3, 4, 1896.—Decided March 2, 1896.

*Baltzer* v. *North Carolina, ante* 240, followed.

THE case is stated in the opinion.

*Mr. Simon Sterne* for plaintiff in error.

*Mr. James E. Shepherd* and *Mr. Charles M. Busbee,* (with whom was *Mr. F. I. Osborne* on the brief,) for defendant in error.

Mr. Justice White delivered the opinion of the court.

The claim presented in this case to the Supreme Court of the State of North Carolina differs somewhat from that relied on in that court in the case of *Hermann R. Baltzer* v. *The State of North Carolina*, No. 93 of the docket of this court. The question of the power in the state court to give the relief prayed for was by it decided adversely to the plaintiffs in error upon grounds identical with those considered by us in the case just decided. Our reasons for affirmance there expressed are conclusive of the issues here, and consequently the judgment is

*Affirmed.*